## STATE OF CONNECTICUT *v.* DANA MOZELL

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*William H. Narwold* and *Charles D. Ray*, in support of the petition.

*John A. East III*, deputy assistant state's attorney, in opposition.

Decided February 21, 1996

## COLUMBIA FEDERAL SAVINGS BANK *v.* INTERNATIONAL SITE CONSULTANTS, INC., ET AL.

The petition of the defendant Newbrook Associates, Inc., for certification for appeal from the Appellate Court, 40 Conn. App. 64 (AC 14346), is denied.

*Joseph A. Kriz*, in support of the petition.

*Roy H. Scharf*, in opposition.

Decided February 21, 1996

## STATE OF CONNECTICUT *v.* MARK LEIGH

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 904 (AC 14561), is denied.

*Robert G. Golger*, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided February 21, 1996